United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Abdikhalaq Mohamed Ali, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4014 |
| | § | |
| Markwayne Mullin, *et al.*,[1] | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER DISMISSING PETITION</u>

Before the Court is Respondents' Advisory indicating that Petitioner Abdikhalaq Mohamed Ali has been removed from the United States to Somalia. Doc. 10; *see also* Docs. 10-1 (Declaration of Deportation Officer), 12-1 (Warrant of Removal/Deportation).

Petitioner's removal renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT. The Clerk of Court is directed to CLOSE this case.

The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his removal. A final judgment will be entered separately

**SO ORDERED.**

---

[1] Petitioner named Bret Bradford in his official capacity as United States Immigration and Customs Enforcement's Enforcement and Removal Operations Field Office Director for the Houston area. *See* Doc. 1. Because Mr. Bradford ceased to hold office while this action remained pending, the Court substitutes his successor's name, Patrick Contreras. Fed. R. Civ. P. 25(d).

**SIGNED** at Houston, Texas, on the 17th of July, 2026.

                                       _____

Nicholas J. Ganjei
United States District Judge